UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERNEST EDGAR TERRY, III,

    Plaintiff,

v.                                      CASE NO. 3:21-cv-579-JBT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Pursuant to Plaintiff's Notice of Dismissal (Doc. 22), which Defendant signed, and thus the Court construes as a Joint Stipulation of Dismissal, it is hereby

**ORDERED**:

1. The case is **DISMISSED**.

2. The Clerk is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on January 20, 2022.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record